IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RODNEY ALVERSON, #132431, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 2:12cv317-WHA |
| | ) | (WO) |
| LOUIS BOYD, et al., | ) | |
| | ) | |
| Respondents. | ) | |

### ORDER

On April 18, 2012, the Magistrate Judge entered a Recommendation (Doc. #4) that this

case be transferred to the United States District Court for the Northern District of Alabama and

the Petitioner's Response to the Magistrate Recommendation (Doc. #5) agreeing that the case be

transferred and further moving for leave to amend.  Upon consideration of the Recommendation

and the Petitioner's response thereto, the court ADOPTS the Recommendation of the Magistrate

Judge, and it is hereby ORDERED as follows:

1.  This case is TRANSFERRED to the United States District Court for the Northern

District of Alabama.

2.  The clerk is DIRECTED to take appropriate steps to effect the transfer.

DONE this 10th day of May, 2012.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE